IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CLYDE KIRBY WHITLEY,
        Petitioner,

v.                                          **Judgment in a Civil Case**

FRANK STRADA; STATE OF NORTH CAROLINA,
        Respondents.                      Case Number: 5:12-HC-2016-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice to allow him to seek relief in the appropriate state court.

<u>This Judgment Filed and Entered on August 16, 2012, with service on:</u>
Clyde Kirby Whitley 50693-056, L.S.C.I. - Allenwood, P.O. Box 1000, White Deer, PA 17887-2000 (via U.S. Mail)

August 16, 2012                                                   /s/ Julie A. Richards
                                                                         Clerk